# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>Alexis Eduardo SEVILLA Mesa (1),<br>Ricardo CHAVEZ Vazquez (2),<br>Arturo SOTO Esparza (3),<br><br>                  Defendants. | Case No.: **23mj2700-DDL**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 841 (a)(1) and 846 –<br>Conspiracy to Distribute (Felony) |

The undersigned complainant being duly sworn states:

On or about July 25, 2023, within the Southern District of California, Alexis Eduardo SEVILLA Mesa, Ricardo CHAVEZ Vazquez, and Arturo SOTO Esparza, did knowingly and intentionally conspire with each other and with other persons known and unknown to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th day of July 2023.

_____
Hon. David D. Leshner
United States Magistrate Judge

## STATEMENT OF FACTS

On July 25, 2023, at approximately 11:23 AM, Alexis Eduardo SEVILLA Mesa, ("SEVILLA"), a Mexican Citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #1. SEVILLA was the driver, sole occupant, and registered owner of a 2012 Honda Civic ("the vehicle") bearing Baja California license plates.

A CBPO received a computer generated alert on the vehicle, and subsequently referred the vehicle to secondary for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the floor of the vehicle.

Further inspection of the vehicle resulted in the discovery of packages concealed in a non-factory compartment located in the floor of the vehicle.

To facilitate further investigation, the packages were left in place and the occupants were not alerted to the fact that officers had found packages concealed in the floor. Investigators decided to follow the vehicle to its intended destination. Because of the exigencies of the situation and to avoid a longer delay which might cause the driver or any co-conspirators to suspect or detect that the packages had been discovered by law enforcement, investigators installed a GPS tracking device on the vehicle at approximately

11:30 AM, so it could leave the San Ysidro Port of Entry and continue to its intended destination. A federal tracker warrant was immediately initiated and submitted to the Honorable David D. Leshner, who subsequently signed and authorized the warrant.

The vehicle was followed away from the San Ysidro Port of Entry and monitored via physical surveillance. Investigators observed SEVILLA depart the San Ysidro Port of Entry and eventually arrive at a shopping center in Chula Vista, CA. At this location SEVILLA met with Ricardo CHAVEZ Vazquez, ("CHAVEZ"), who took control of the vehicle. CHAVEZ subsequently drove to a residence in Chula Vista, CA, where he and Arturo SOTO Esparza, ("SOTO"), were observed unloading the packages from the vehicle.

Investigators made the decision to discontinue the cold convoy operation, seize the vehicle, and arrest SEVILLA, CHAVEZ, and SOTO for conspiracy to possess a controlled substance with the intent to distribute. Upon searching the vehicle Special Agents located 21 clear plastic wrapped packages concealed within the vehicle floor. Three of the packages had been removed and placed on the seats by CHAVEZ. The packages and the vehicle were transported to the San Ysidro Port of Entry for further processing. The vehicle, SEVILLA, CHAVEZ, and SOTO were transported back to the San Ysidro Port of Entry for further processing.

SEVILLA, CHAVEZ, and SOTO were placed under arrest at approximately 2:48 PM.

A CBPO was assigned to the seizure of the contraband and the vehicle. A total of 21 packages were seized from the vehicle. A presumptive test of the contents within the packages yielded a positive result for properties of cocaine, with the total being 26.82 kilograms (59.12 lbs).

During a post-Miranda interview, SEVILLA admitted that he was going to be paid $1,000 USD to smuggle the narcotics into the United States. SEVILLA claimed to be driving the narcotics to San Diego, California.

During a post-Miranda interview, CHAVEZ admitted that he was removing the narcotics from the vehicle, in order for them to be transported to Los Angeles. CHAVEZ sated he was being paid $2,500 USD to assist in the transportation of the narcotics.

During a port-Miranda interview, SOTO admitted that he was going to transport the narcotics to Los Angeles, and that he would receive $1,500 USD upon delivery of the narcotics to Los Angeles.

SEVILLA, CHAVEZ, and SOTO were arrested and charged with a violation of Title 21, United States Code, Sections 841(a)(1) and 846, conspiracy to distribute.